UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Massachusetts Laborers' Health and Welfare Fund, et al<br>*The Fund is governed by its Trustees*<br><br>              Plaintiff,<br><br>v.<br><br>LaFramboise Well Drilling, Inc.<br><br>              Defendant. | Civil Action No.<br>1:18-cv-11332- LTS |

## CLOSING ORDER DISMISSING CASE

SOROKIN, J

In accordance with the [7] Notice of Dismissal filed by the plaintiff, It is hereby

ORDERED that this action is dismissed without costs and without prejudice.

By the Court,

 /s/ Maria Simeone
Courtroom Deputy Clerk
The Honorable Leo T. Sorokin

To: All Counsel